UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DONACIANO CONTRERAS, *et al*, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> COASTAL BEND COLLEGE DISTRICT, *et al*, § <br> § <br> Defendants. § | CIVIL ACTION NO. C-08-40 |

## **ORDER**

On this day the Court held an initial pretrial conference in the above-styled action and ordered as follows:

(1) With Plaintiff's consent, Plaintiff's claims against Santos Martinez, Kathlyn Patton, John Brockman, Alma C. Adamez, Valeriano Cantu and Paul Juare are hereby DISMISSED;

(2) With Plaintiff's consent, Plaintiff's 42 U.S.C. § 1985(3) claim is hereby DISMISSED; and

(3) Plaintiff retains his claims against the Coastal Bend College District brought pursuant to 42 U.S.C. § 1983, Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act ("ADA"), the Age Discrimination in Employment Act ("ADEA"), Chapter 21 of the Texas Labor Code, and the Texas Public Information Act.

SIGNED and ORDERED this 14th day of March, 2008.

_____
Janis Graham Jack
United States District Judge